IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RONALD J. HAMILTON**  **PLAINTIFF**
**ADC # 133523**

v.                    Case No. 4:21-CV-00404-LPR

**SOLOMON GRAVES, in his official capacity as**
**Secretary of the Department of Corrections; and**
**DEXTER PAYNE, in his official capacity as**
**Director of the Arkansas Division of Correction**   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that Mr. Hamilton's Amended Complaint is DISMISSED without prejudice.

IT IS SO ADJUDGED this 11th day of January 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE